UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :
                                      :
            -v-                       :    05 Cr. 1262 (DLC)
                                      :
HECTOR JESUS ESPINEL-CARDOZO,         :    MEMORANDUM OPINION
                       Defendant.     :    AND ORDER
                                      :
------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

DENISE COTE, District Judge:

Defendant Hector Jesus Espinel-Cardozo, a citizen of Colombia, pleaded guilty in this Court to one count of conspiracy to import five kilograms and more of cocaine, in violation of 21 U.S.C. §§ 812, 959, 960(a)(1) & (b)(1)(B), and 963, and one count of distributing five kilograms of cocaine or more intending that such cocaine would be imported into the United States, in violation of 21 U.S.C. § 959.  On July 11, 2008, he was sentenced principally to thirty-six months' imprisonment; he is currently serving his sentence.  Espinel-Cardozo now moves this Court for "immediate deportation," contending that the Immigration and Nationality Act ("INA") provides for the deportation of nonviolent alien offenders prior to the completion of their term of imprisonment.  His motion is denied.

The INA confers on the Attorney General the discretion to "remove an alien" in federal custody if

> if the Attorney General determines that (I) the alien is confined pursuant to a final conviction for a nonviolent offense . . . and

>    (II) the removal of the alien is appropriate
>    and in the best interest of the United
>    States. . . .

8 U.S.C. § 1231(a)(4)(B)(i). The same provision of the INA provides that "[n]o cause or claim may be asserted under this paragraph against any official of the United States or of any State to compel the release, removal, or consideration for release or removal of any alien." Espinel-Cardozo thus lacks standing to assert a claim for immediate deportation. Duamutef v. I.N.S., 386 F.3d 172, 182 (2d Cir. 2004). Accordingly, it is hereby

ORDERED that Espinel-Cardozo's motion dated May 14, 2008 is denied.

SO ORDERED:

Dated:   New York, New York
         August 11, 2008

                                          /s/ Denise Cote
                                   _____
                                          DENISE COTE
                                   United States District Judge

2

Copies sent to:

Hector Jesus Espinel-Cardozo  
Reg. No. 60469-054  
FTC Oklahoma City  
P.O. BOX 898801  
Oklahoma City, OK  73189

Marc P. Berger  
Kevin R. Puvalowski  
United States Attorney's Office  
One Saint Andrew's Plaza  
New York, NY 10007

Paul Nalven  
Nalven & Schacht  
350 Fifth Avenue, Suite 1422  
New York, NY 10118